UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.                            CASE NO: 2:23-cv-01322-SGC

EXOTIC WINGS AND THINGS LLC
AT CENTER POINT,

    Defendant.
_____/

## JOINT STATUS REPORT

COME NOW the parties, jointly, pursuant to this Court's order of January 8, 2024 [Doc 13] and report the status of this matter as follows:

1.    This is a claim brought pursuant to Title III of the Americans with Disabilities Act seeking removal of alleged architectural barriers to a restaurant in Birmingham, Alabama.

2.    The parties have scheduled an inspection of the subject property with Gil Mobley, an ADA consultant, to take place on the morning of January 31, 2024.

3.    Following that inspection, Mr. Mobley will generate a Rule 34 report which will be shared with Defendant, and Plaintiff shall provide a settlement

proposal concerning all issues raised in this matter which incorporates Mr. Mobley's recommendations.

4. The parties will continue to negotiate in good faith and agree to file a joint status report by the end of February should this matter not be fully resolved prior to that date.

Respectfully submitted this 26th day of January 2024.

| | |
|---|---|
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC<br>4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>edwardzwilling@zwillinglaw.com | Carl E. Chamblee, JR., Esq.<br>CHAMBLEE & MALONE, LLC<br>111 Watterson Parkway<br>Trussville, Alabama, 35173<br>Telephone: (205) 856-9111<br>cchambleejr@alabamalawyer.org |
| By: */s/ Edward I. Zwilling*<br>     Edward I. Zwilling | By:  */s/ Carl E. Chamblee, Jr.*<br>        Carl E. Chamblee, Jr. |