UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

CASE NO: 2:23-cv-01322-SGC

vs.

EXOTIC WINGS AND THINGS LLC
AT CENTER POINT,

    Defendant.

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, **Melissa Fendley**, and Defendant, **Exotic Wings and Things LLC at Center Point,** by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 8th day of March, 2024.

_____
Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

_____
Carl E. Chamblee, Jr, Esq.
Attorney for Defendant
111 Watterson Parkway
Trussville, AL 35173
(205) 856-9111
cchambleejr@alabamalawyer.org